

# Fourth Court of Appeals
## San Antonio, Texas

January 19, 2023

No. 04-22-00673-CV

Thelma **GARZA** et al,
Appellants

v.

**DEUTSCHE BANK NATIONAL TRUST COMPANY**,
Appellee

From the County Court at Law No. 15, Bexar County, Texas
Trial Court No. 2022CV01903
Honorable Melissa Vara, Judge Presiding

## O R D E R

On January 5, 2023, Appellant moved for an extension of time to file his response to this court's order explaining why this appeal should not be dismissed as moot. The motion is **granted**, and appellant is **ordered** to file a response, if any, no later than **January 30, 2023**.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of January, 2023.

_____
MICHAEL A. CRUZ, Clerk of Court